THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IQUIQUE U.S., LLC, a Washington limited liability company and REBECCA IRENE VESSEL LLC, a Washington limited liability company, | IN ADMIRALTY |
| Plaintiff, | No. 2:18-cv-00460-JLR |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| LEVI DASYLVA, Individually, | |
| Defendant. | |

## STIPULATION

**COME NOW** Plaintiffs Iquique U.S., LLC and Rebecca Irene Vessel LLC and Defendant Levi Dasylva, through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiffs' Claims Against Defendant, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

{28878-00452504;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL –
Page 1
No. 2:18-cv-00460-JLR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1    DATED this 19th day of October, 2018.

2

3                                     s/Louis Shields
                                      LOUIS A. SHIELDS, WSBA # 25740
                                      s/Nathan Beard
4                                     NATHAN J. BEARD, WSBA # 45632
                                      LEGROS BUCHANAN & PAUL
5                                     4025 Delridge Way S.W., Suite 500
                                      Seattle, Washington 98106
6                                     Telephone:     206-623-4990
                                      Facsimile:     206-467-4828
7                                     Email:         lshields@legros.com
                                      Attorneys for Plaintiffs
8

9

                                      ELIZABETH LEPLEY, WSBA # 40667
10                                    LEHMBECKER LAW
                                      400 – 108th Avenue NE, Suite 500
11                                    Bellevue, WA 98004
                                      Telephone:     425-455-3186
12                                    Facsimile:     425-454-5832
                                      Email:         elepley@lehmlaw.com
13                                    Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

{28878-00452504;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL --
Page 2
No. 2:18-cv-00460-JLR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

[PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiffs are hereby

dismissed with prejudice, and without costs. The Clerk is directed to close this matter.

Dated this 22ⁿᵈ day of Oct. , 2018.

THE HONORABLE JAMES L. ROBART
United States District Court Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
NATHAN J. BEARD, WSBA #45632
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
          nbeard@legros.com
Attorneys for Plaintiffs

{28878-00452504;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL –
Page 3
No. 2:18-cv-00460-JLR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Elizabeth LePley, Esq.
Lehmbecker Law
400 – 108th Avenue NE, Suite 500
Bellevue, WA 98004

4

5

6

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

7

8

Signed at Seattle, Washington.

9

*Sheila Baskins*

10

Legal Assistant
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
Facsimile: 206-467-4828
sbaskins@legros.com

11

12

13

14

15

16

17

18

19

20

21

22

23

{28878-00452504;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL –
Page 4
No. 2:18-cv-00460-JLR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990